# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PAu 4-209-459

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
January 26, 2024

---

## Title


Title of Work: Tullamore Tullamore Tullamore Dew

## Completion/Publication

Year of Completion: 2022

## Author

Author: Donald Andrew McCloskey
Author Created: music, lyrics
Work made for hire: No
Citizen of: United States
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Donald McCloskey
537 MARTINS CORNER ROAD, Coatesville, PA, 19320, United States

## Rights and Permissions

Organization Name: Bradcliffe LLC
Name: Donald Andrew McCloskey
Email: don.mccloskey.music@gmail.com
Telephone: (917)805-6999
Address: 537 MARTINS CORNER ROAD
Coatesville, PA 19320 United States

## Certification

Name: Donald Andrew McCloskey

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PAu 4-252-393

**Effective Date of Registration:**
January 16, 2025
**Registration Decision Date:**
February 18, 2025

## Supplementary Registration

Supplement To: PAu004209459, 2024

## Title

Title of Work: Tullamore Tullamore Tullamore Dew

## Completion/Publication

Year of Completion: 2022

## Author

- Author: Bradcliffe LLC
- Author Created: music, lyrics
- Work made for hire: Yes
- Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Bradcliffe LLC
4 Bradford Terrace, Newton Square, PA, 19073, United States

## Rights and Permissions

Organization Name: Bradcliffe LLC
Address: 4 Bradford Terrace
Newton Square, PA 19073 United States

## Certification

Name: Alyssa M. Bruno, Authorized agent of Bradcliffe LLC

**Date:** January 16, 2025

Explanation of Corrections: The author was corrected from "Donald Andrew McCloskey" to "Bradcliffe LLC" as Donald Andrew McCloskey is the sole owner of Bradcliffe LLC and created the work as a work made for hire under Bradcliffe LLC; thus, the registration should reflect the correction. The claimant was also corrected from "Donald Andrew McCloskey" to "Bradcliffe LLC" because Bradcliffe LLC is the correct copyright claimant and was at the time that the application for the basic registration was filed. The address for the author and claimant, Bradcliffe LLC, has been corrected to reflect that of Bradcliffe LLC rather than the address for Donald Andrew McCloskey. Finally, Alyssa M. Bruno, Esq. of A. Bruno Law is the attorney of record and has been added as the Correspondent and person to whom the Mail Certificate should be sent to accordingly.