# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-496-119

**Effective Date of Registration:**
October 04, 2024
**Registration Decision Date:**
October 24, 2024

---

## Title

**Title of Work:** Tullamore Tullamore Tullamore Dew Version #2

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** February 10, 2022
**Nation of 1st Publication:** United States

## Author

**Author:** Bradcliffe LLC
**Author Created:** music, lyrics, musical arrangement
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Bradcliffe LLC
4 Bradford Terrace, Newton Square, PA, 19073, United States

## Limitation of copyright claim

**Material excluded from this claim:** music, lyrics
**Previous registration and year:** PAu004209459, 2024

**New material included in claim:** music, lyrics, musical arrangement

## Rights and Permissions

**Organization Name:** Bradcliffe LLC
**Address:** 4 Bradford Terrace
Newton Square, PA 19073 United States

## Certification

Name: Alyssa M. Bruno
Date: October 04, 2024