# EXHIBIT C



EXHIBIT



**EXHIBIT C-2**





EXHIBIT C-14



Tullamore D.E.W. - Anthem

142 views · 2 years ago





EXHIBIT C-16



# Tullamore D.E.W. Unwavering Anthem

31 views · 2 years ago

DJ Ursetta  Follow

Filters. Obscure challenges. Or cringe-worthy dances.
Tullamore D.E.W. subscribes to none of this hullaballoo.

As the bold, strong whiskey from a small town in Ireland that's been around for decades, it takes a bold, strong stance against the norms of social media.

Which is why it's the "unwavering whisky in a crazy world."
So we created an Irish pub jingle and raised a shot glass to all of the crazy.

Uploaded on Dec 6, 2022 at 3:47 pm

Show less

EXHIBIT

C-7





# Tullamore D.E.W

Anthem

When our friends from the city of brotherly love, RTOP, got in touch to produce their quixotic creative for Tullamore D.E.W, we knew just the man to bring the style and quirkiness in equal measure, the over-talented Kevo Aslanyan. Part musical number, part shanty, he rolls out the barrel in a big way in this charming film.

HOME

**CLIENT**
Tullamore D.E.W

**INDUSTRY**
Food & Beverage

**SERVICES**
Production