# EXHIBIT D



## • REEL AD OF THE WEEK

# Tullamore D.E.W seeks to loosen up crazy world

• **By Reel 360** • October 12, 2022



WHEN THE ONLINE TRENDS KEEP GETTING WORSE

**(Courtesy RTO+P)**

F eel like the world has gone a little bit mad? **Tullamore D.E.W** agrees.

The authentic 192-year-old Irish-based whiskey brand teamed up with Independent Creative Agency, Red Tettemer O'Connell + Partners (RTO+P) to set the humble, self-deprecating, "unwavering" character of Tullamore D.E.W. loose on a culture that is constantly chasing trends, fetishizing the latest greatest, and obsessed with all things celebrity and influencer.

In their new campaign, **"Unwavering Whiskey in a Crazy World"**, Tullamore D.E.W. aims to combat a culture that too often tries to make people feel they need to be something they are not.

"We are celebrating what's at the core of Tullamore DEW- authentic small town values, and good fun with good friends. The campaign aims to remind people about the things in life that truly matter" said **Emily Ivers,** Marketing Director of Tullamore D.E.W.

To capture that authenticity, RTO+P went to Tullamore, Ireland to shoot the :30 and :15 spots to launch the campaign. The independent shop partnered with a production company based in Dublin and shot all around the town of Tullamore and at the Tullamore D.E.W. distillery, to showcase the brand's hometown Irish roots. Watch below:





REELated:

Oh my gooseberries, Jon Hamm is Santa in Fox Sports' World Cup creative

## Oh my gooseberries, Jon Hamm is Santa in Fox Sports' World Cup creative



(Courtesy Fox Sports) For the first time in history, the FIFA World Cup will take place during the holiday season providing fans across America with the opportunity to watch the beautiful game on FOX Sports throughout November and December. The campaign picks up following this summer's buzzworthy premiere, which saw Emmy Award-winning actor Jon Hamm, executive producer and star ... Continue reading

 Reel 360 News

"Our goal in developing the creative for this campaign was to prove that the best things in life are authentic" added **Steve Red**, President & Co-Chief Creative Officer of RTO+P. From filming in Ireland to partnering with a local production team in Dublin, the audience gets a genuine view of the brand from start to finish."

Combining several digital and social components, the campaign will run across various social media platforms, on-Premise, Radio and OOH including in social and digital extensions that will expand into the on-premise.

## CREDITS:

**CLIENT:** Tullamore D.E.W

## AGENCY: RTO+P

- President Co-Chief Creative Officer: Steve Red
- Co-Chief Creative Officer: Steve O'Connell
- VP, Creative Director: Ari Garber
- Copywriter: DJ Ursetta
- Art Director: Ty Crump
- VP, Director of Strategy: Angus McCoubrey
- Group Account Director: Alexis Papazian
- Senior Account Manager: Aimee Goldstein
- VP, Digital & Social: Uri Weingarten
- Director, Social: Frank Esposito
- Senior Social Strategist: Tim Stoeckle
- Senior Producer: Joe Mosca
- Producer: Niall Segundo
- Editor: Chip Schofield

## PRODUCTION COMPANY: Bottle

**Director:** Kevork Aslanyan

**MUSIC: Don McCloskey**





**Description**

Tullamore D.E.W. 'Anthem' Dir's Cut

a.k.a

Tullamore D.E.W

Unwavering Whiskey In a Crazy World

This professional campaign titled 'Tullamore D.E.W. 'Anthem'' was published in Ireland and United States in February, 2023. It was created for the brand: Tullamore D.E.W. by ad agency: RTO+P. This Film medium campaign is related to the Alcoholic Drinks industry and contains 1 media asset. It was submitted over 2 years ago by Kevork Aslanyan.

**Credits**

Creative Agency: RTO+P
President Co-Chief Creative Officer: Steve Red
Co-Chief Creative Officer: Steve O'Connell
VP, Creative Director: Ari Garber
Copywriter: DJ Ursetta
Art Director: Ty Crump
VP, Director of Strategy: Angus McCoubrey
Group Account Director: Alexis Papazian
Senior Account Manager: Aimee Goldstein
VP, Digital & Social: Uri Weingarten
Director, Social: Frank Esposito
Senior Social Strategist: Tim Stoeckle
Senior Producer: Joe Mosca

**Categories**

- Tullamore D.E.W
- RTO+P
- Ireland
- United States
- Europe
- North America
- Film
- Alcoholic Drinks
- The AOTW Editors Choice Collection
- Beer, Wine and Spirits Collection

**Share**

Unflavoring whiskey in a crazy world

This professional campaign titled 'Tullamore D.E.W. "Anthem" was published in Ireland and United States in February, 2023. It was created for the brand: Tullamore D.E.W. by ad agency: RTO+P. This Film medium campaign is related to the Alcoholic Drinks industry and contains 1 media asset. It was submitted over 2 years ago by Kevork Aslanyan.

Credits

Creative Agency: RTO+P
President Co-Chief Creative Officer: Steve Red
Co-Chief Creative Officer: Steve O'Connell
VP, Creative Director: Ari Garber
Copywriter: DJ Ursetta
Art Director: Ty Crump
VP, Director of Strategy: Angus McCoubrey
Group Account Director: Alexis Papozian
Senior Account Manager: Aimee Goldstein
VP, Digital & Social: Uri Weingarten
Director, Social: Frank Esposito
Senior Social Strategist: Tim Stoeckle
Senior Producer: Joe Mosca
Producer: Niall Segundo
Editor: Chip Schofield (agency cut)
Cast:
bartender: Martin Mills
woman in bar: Siobhan Moore
man in bar: Aiden Croke
trad band: Tommy Madden, Helena Clarke, Síofra Ní Chonluain, Niall Kavanagh
head distiller: Dan Hyland
distillers: Sean Hughes, Liam Hall, Marcus Doranm, Dunmore Farai Kadzutu
dacne girl: Mariya Asenova

🌐 North America
🎞 Film
📊 Alcoholic Drinks
🎞 The AOTW Editors Choice Collection
🎞 Beer, Wine and Spirits Collection

Share
🐦 📘 in ⊙



Production Company: Bottle
Director: Kevork Aslanyan
DOP: Joseph Ingersoll
Producer: Mick O'Connell
Producer: Dave Davin
1st AD: Jack O'Higgins
Music: Don McCloskey
Story Board: Lubaka Yolov
Editor (Dir. Cut): Momchil Bonchev @ Speedrazor
Special Thanks: Ason Sokolov @ Speedrazor
Special Thanks: Bogomil Georgie @ b2y post
VFX: Dimitar Itzkov
Colour: TRAFIK
Colorist: Sam Ziale
Sr. Executive Producer of Color : Meghan Lang Bice
Colour Producer: Julie King
Special Thanks: Ricky Gausis
Sound Design: John Green @ Odyssey Audio
Focus Puller: Karl Walsh
2nd Asst. Camera: Sean Doupe
Gaffer: Noel McElligott
Best Boy: Thomas McKeown
Art Director: Elizabeth Brennan
Asst. Art Director: Lorraine Reid
Stylist: Grace Moore
Hair & Make-Up Artist: Leonard Daly
Asst. Hair & Make-Up: Carol Knox
Production Coordinator: Emmet Jones
Production Asst.: Zoe Heron
2nd AD: Kate Dempsey
3rd AD: Christopher Ellis
Extras Coordinator: Conor Healy
Props Truck Driver: Johnny Barker

◄ Newer
Carat Craft Jew...
Ves to Forover

► Older
Dialpad
The Good Al • A

Type here to search





Description

Feel like the worlds gone a little bit mad? Tullamore D.E.W agrees, so much so that the authentic 192 year old Irish-based whiskey brand teamed up with Independent Creative Agency, Red Tettemer O'Connell + Partners (RTO+P) to set the humble, self-deprecating, "unwavering" character of Tullamore D.E.W. loose on a culture that is constantly chasing trends, fetishizing the latest greatest, and obsessed with all things celebrity and influencer.

In their new campaign, "Unwavering Whiskey in a Crazy World", Tullamore D.E.W. aims to combat a culture that too often tries to make people feel they need to be something they are not.

To capture that authenticity, RTO+P went to Tullamore, Ireland to shoot the :30 and :15 spots to launch the campaign. The independent shop partnered with a production company based in Dublin and shot all around the town of Tullamore and at the Tullamore D.E.W. distillery, to showcase the brand's hometown Irish roots.

Combining several digital and social components, the campaign will run across various social media platforms, on-Premise, Radio and OOH including in social and digital extensions that will expand into the on-premise.

This professional campaign titled 'Unwavering Whiskey in a Crazy World' was published in United Kingdom in October, 2022. It was created for the brand: Tullamore D.E.W, by ad agency: RTO+P. This integrated medium campaign is related to the Alcoholic Drinks industry and contains 1 media asset. It was submitted almost 3 years ago.

Credits

Creative Agency: RTO+P
President Co-Chief Creative Officer: Steve Red
Co-Chief Creative Officer: Steve O'Connell
VP, Creative Director: Ari Garber
Copywriter: DJ Ursetta

Categories

🗄 Tullamore D.E.W

🏛 RTO+P

🏴 United Kingdom

🌐 Europe

🗂 Integrated

📊 Alcoholic Drinks

Share

🐦 ⓕ in ⑰



This professional campaign titled 'Unwavering Whiskey in a Crazy World' was published in United Kingdom in October, 2022. It was created for the brand: Tullamore D.E.W., by ad agency: RTO+P. This integrated medium campaign is related to the Alcoholic Drinks Industry and contains 1 media asset. It was submitted almost 3 years ago.

credits

Creative Agency: RTO+P
President Co-Chief Creative Officer: Steve Red
Co-Chief Creative Officer: Steve O'Connell
VP, Creative Director: Ari Garber
Copywriter: DJ Ursotta
Art Director: Ty Crump
VP, Director of Strategy: Angus McCoubrey
Group Account Director: Alexis Papazian
Senior Account Manager: Aimee Goldstein
VP, Digital & Social: Uri Weingarten
Director, Social: Frank Esposito
Senior Social Strategist: Tim Stoeckle
Senior Producer: Joe Mosca
Producer: Niall Segundo
Editor: Chip Schofield

**Production Company: Battle**
**Director: Kevork Aslanyan**
**Music: Don McCloskey**

Never
Association of ...
LAIF Awards 2022

Craft as Ritual
John Hardy
Older