# EXHIBIT E





















EXHIBIT E-3









