**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BRADCLIFFE LLC AND DONALD A. MCCLOSKEY,**<br><br>    **Plaintiffs,**<br><br>    **v.**<br><br>**WILLIAM GRANT & SONS, INC., WILLIAM GRANT & SONS AMERICAS, LLC, WILLIAM GRANT & SONS US DISTILLERS LLC, WILLIAM GRANT & SONS USA CORP., WILLIAM GRANT & SONS, LTD., WILLIAM GRANT & SONS HOLDINGS LTD., WILLIAM GRANT & SONS (AME) LTD., WILLIAM GRANT & SONS BRANDS LTD., WILLIAM GRANT & SONS GLOBAL BRANDS LTD., RED TETTEMER, INC., MODOP, LLC, QUAKER CITY MERCANTILE, INC., AND DOES 1-10,**<br>    **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  25CV6511** |

**O R D E R**

  **AND NOW**, this 20th day of July, 2026, upon consideration of: (1) Defendants Red Tettemer, Inc. ("Red Tettemer") and ModOp, LLC's ("Mod Op") Motion to Dismiss (ECF Nos. 44, 50), and Plaintiffs Response in Opposition thereto (ECF No. 48); as well as (2) William Grant & Sons Americas, LLC, William Grant & Sons USA Corp., and William Grant & Sons US Distillers LLC's (collectively, the "Moving William Grant Defendants") Motion to Dismiss (ECF Nos. 52, 66), and Plaintiffs Response in Opposition thereto (ECF Nos. 58, 59), **IT IS HEREBY ORDERED** as follows:

  1.  The Moving William Grant Defendants' Motion is **GRANTED** pursuant to Federal Rule of Civil Procedure 12(b)(2).  Plaintiffs' Amended Complaint (ECF No. 39) is

**DISMISSED WITHOUT PREJUDICE** as pleaded against the Moving William Grant Defendants.

2.     Red Tettemer and Mod Op's Motion is **GRANTED** with respect to Paintiffs' claim under 17 U.S.C. § 1202(a) against Red Tettemer which is **DISMISSED WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM** pursuant to Federal Rule of Civil Procedure 12(b)(6);

3.     Red Tettemer and Mod Op's Motion is **DENIED** in all other respects for the reasons set forth in the accompanying Memorandum Opinion.

**IT IS FURTHER ORDERED** that Plaintiffs shall have until **August 20, 2026** to conduct jurisdictional discovery concerning Mod Op.  Any supplemental briefing in support of personal jurisdiction must be submitted on or before **August 27, 2026** and any supplemental briefing in opposition to personal jurisdiction must be submitted on or before **September 3, 2026**.

BY THE COURT:

S/ WENDY BEETLESTONE

WENDY BEETLESTONE, C.J.